UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BACILIO A. AMORRORTU, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-06-4012 |
| § | |
| REPUBLIC OF PERU, § | |
| § | |
| Defendant. § | |

## MEMORANDUM AND ORDER

Plaintiff has filed a lawsuit against the Republic of Peru and served the summons and complaint on the Embassy of Peru in Washington, D.C. This is not one of the accepted methods of service on a foreign state enumerated in 28 U.S.C. § 1608(a). Plaintiff will be given an extension of **SIXTY (60) DAYS** to effect proper service on the Republic of Peru pursuant to one of the methods enumerated in 28 U.S.C. § 1608(a), or the case will be dismissed without prejudice to refiling. All pending motions are **DENIED AS MOOT**.

IT IS SO ORDERED.

SIGNED this 10th day of July, 2007.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES THIS ORDER SHALL
FORWARD A COPY OF IT TO EVERY OTHER PARTY AND AFFECTED NON-PARTY
EVEN THOUGH THEY MAY HAVE BEEN SENT ONE BY THE COURT